**MANATT, PHELPS & PHILLIPS, LLP**
Schuyler G. Carroll (*pro hac vice* pending)
7 Times Square
New York, NY 10036
Tel: (212) 790-4500
Email: scarroll@manatt.com

**MANATT, PHELPS & PHILLIPS, LLP**
Patrick L. DuBois (SBN 350331)
12730 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel: (619) 205-8512
Email: pdubois@manatt.com

*Proposed Counsel to the Debtor and
Debtor-in-Possession*

UNITED STATES BANKRUPTCY COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>CashCall, Inc.,<br><br><div align="center">Debtor.</div> | Case No. 26-03102-JBM11<br><br>Chapter 11<br><br>**OMNIBUS NOTICE OF HEARING ON DEBTOR'S *FIRST DAY* MOTIONS**<br><br>Date: July 24, 2026<br>Time: 9:30 a.m.<br>Place: Courtroom 118 |

**TO HONORABLE JUDGE MARUM, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, ALL CREDITORS, PARTIES IN INTEREST, AND PARTIES REQUESTING SPECIAL NOTICE:**

**PLEASE TAKE NOTICE THAT** CashCall, Inc. (the "**Debtor**"), the debtor and debtor-in-possession in the above captioned bankruptcy case, has filed four motions seeking immediate relief as follows (collectively, the "**First Day Motions**"):

1. **DEBTOR'S *FIRST DAY* MOTION FOR INTERIM AND FINAL ORDERS (I) AUTHORIZING DEBTOR TO (A) OBTAIN POSTPETITION FINANCING AND (B) USE CASH COLLATERAL, (II) GRANTING ADEQUATE PROTECTION, AND (III) SCHEDULING FINAL HEARING**

2. **DEBTOR'S *FIRST DAY* MOTION FOR INTERIM AND FINAL ORDERS (I) AUTHORIZING THE DEBTOR TO (A) CONTINUE USING ITS CASH MANAGEMENT SYSTEM AND (B) MAINTAIN EXISTING BANK ACCOUNTS AND BUSINESS FORMS; (II) WAIVING CERTAIN DEPOSIT GUIDELINES; AND (III) GRANTING RELATED RELIEF**

3. **DEBTOR'S *FIRST DAY* MOTION FOR AN ORDER EXTENDING TIME TO FILE SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

4. **DEBTOR'S EMERGENCY *FIRST DAY* MOTION FOR AN ORDER (I) AUTHORIZING (A) THE REJECTION OF AN UNEXPIRED LEASE; (B) ABANDONMENT OF PERSONAL PROPERTY, IF ANY, AND (II) GRANTING RELATED RELIEF**

**NOTICE IS FURTHER GIVEN** that interim hearings on the First Day Motions will be conducted on **July 24, 2026, at 9:30 a.m.** at the United States Bankruptcy Court for the Southern District of California, before the Honorable Judge Marum, 325 West F Street, Courtroom 118 (Department 2), San Diego, California 92101 (the "**First Day Hearings**"), at which the Court will hear and consider approval of the First Day Motions.  Interested parties that would like to appear via zoom must contact the courtroom deputy to obtain permission in advance.

**PLEASE TAKE FURTHER NOTICE THAT THE FIRST DAY MOTIONS ARE FILED IN ACCORDANCE WITH THE GUIDELINES FOR FIRST DAY MOTIONS.  ANY PARTY WHO OPPOSES A FIRST DAY MOTION MAY FILE AN OPPOSITION IN ADVANCE OF THE**

- 1 -

OMNIBUS NOTICE OF HEARING ON DEBTOR'S *FIRST DAY* MOTIONS

**HEARING OR PRESENT ITS OPPOSITION AT THE HEARING. PLEASE NOTE THAT THE FAILURE TO OPPOSE A FIRST DAY MOTION MAY BE DEEMED TO BE CONSENT TO THE RELIEF REQUESTED, AND THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE.**

The First Day Motions are supported by the *Declaration of J. Paul Reddam in Support of the Debtor's Chapter 11 Petition and First Day Pleadings*, the *Declaration of Leslie Gladstone in Support of the Debtor's Chapter 11 Petition and First Day Pleadings* and the *Declaration of Matthew Dundon in Support of the Debtor's First Day DIP Financing Motion*.

**NOTICE IS FURTHER GIVEN** that the Debtor also requests that the Court set final hearings for approval of any interim relief granted in the First Day Motions. You will be provided notice of the date of any further or final hearings on the First Day Motions at a later time.

**NOTICE IS FURTHER GIVEN** that this notice does not contain all the particulars of the First Day Motions or supporting documents for the First Day Motions, nor does it summarize all of the evidence submitted in support of the First Day Motions. For further specifics concerning the First Day Motions and the relief requested, you are encouraged to review the First Day Motions and the supporting evidence, including the supporting declarations, copies of which may be obtained from the website maintained by Debtor's proposed Claims and Noticing Agent, Verita Global or upon request to the undersigned counsel.

**NOTICE IS FURTHER GIVEN** that your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

- 2 -

OMNIBUS NOTICE OF HEARING ON DEBTOR'S *FIRST DAY* MOTIONS

Dated:  July 21, 2026

**MANATT, PHELPS & PHILLIPS, LLP**

By: */s/ Patrick L. DuBois*
Patrick L. DuBois (SBN 350331)
12730 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel: (619) 205-8512
Email: pdubois@manatt.com

Schuyler Carroll (*pro hac vice* pending)
7 Times Square
New York, NY 10036
Tel: (212) 790-4500
scarroll@manatt.com

*Proposed Counsel to the Debtor and Debtor-in-Possession*

- 3 -