UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| In re | Case No. 26-03102-11 |
|---|---|
| CashCall, Inc., | Chapter 11 Case |
| Debtor and Debtor In Possession. | **CERTIFICATE OF SERVICE BY VERITA RE FIRST DAY MOTIONS** |
| | **[No Hearing Required]** |
| | Judge: Honorable J. Barrett Marum |

I, Andrew Henchen, do declare and state as follows:

1. I am a Senior Consultant at Kurtzman Carson Consultants, LLC dba Verita Global ("Verita"), claims and noticing agent for the debtor and debtor-in-possession Borrego Community Health Foundation (the "Debtor"), in the referenced chapter 11 bankruptcy case.

2. On July 20, 2026, at my direction and under my supervision, employees of Verita caused the following documents to be served via Email upon the service lists attached hereto as **Exhibit A**, **Exhibit B**, and **Exhibit C**:

- *Declaration of J. Paul Reddam in Support of Debtor's Chapter 11 Petition and First Day Pleadings* [Docket No. 3]
- *Declaration of Leslie Gladstone in Support of Debtor's Chapter 11 Petition and First Day Pleadings* [Docket No. 4]

1

- *Debtor's First Day Motion for Interim and Final Orders (I) Authorizing Debtor to (A) Obtain Postpetition Financing and (B) Use Cash Collateral, (II) Granting Adequate Protection, and (III) Scheduling Final Hearing* [Docket No. 5]

- *Declaration of Matthew Dundon in Support of the Debtor's First Day DIP Financing Motion* [Docket No. 6]

- *Debtor's First Day Motion for Interim and Final Orders (I) Authorizing the Debtor to (A) Continue Using its Cash Management System and (B) Maintain Existing Bank Accounts and Business Forms; (II) Waiving Certain Deposit Guidelines; and (III) Granting Related Relief* [Docket No. 7]

- *Debtor's Emergency First Day Motion for an Order (I) Authorizing (A) the Rejection of an Unexpired Lease; (B) Abandonment of Personal Property, if Any, and (II) Granting Related Relief* [Docket No. 8]

- *Debtor's First Day Motion for an Order Extending Time to File Schedules of Assets and Liabilities and Statements of Financial Affairs* [Docket No. 9]

3. Furthermore, on July 20, 2026, at my direction and under my supervision, employees of Verita caused the following document to be served via Email upon the service list attached hereto as **Exhibit D**; and, on July 21, 2026, via Email upon the service list attached hereto as **Exhibit E**:

- *Debtor's Emergency First Day Motion for an Order (I) Authorizing (A) the Rejection of an Unexpired Lease; (B) Abandonment of Personal Property, if Any, and (II) Granting Related Relief* [Docket No. 8]

4. Furthermore, on July 21, 2026, at my direction and under my supervision, employees of Verita caused the following documents to be served via Overnight Mail upon the service list attached hereto as **Exhibit F**:

2

- *Declaration of J. Paul Reddam in Support of Debtor's Chapter 11 Petition and First Day Pleadings* [Docket No. 3]

- *Declaration of Leslie Gladstone in Support of Debtor's Chapter 11 Petition and First Day Pleadings* [Docket No. 4]

- *Debtor's First Day Motion for Interim and Final Orders (I) Authorizing Debtor to (A) Obtain Postpetition Financing and (B) Use Cash Collateral, (II) Granting Adequate Protection, and (III) Scheduling Final Hearing* [Docket No. 5]

- *Declaration of Matthew Dundon in Support of the Debtor's First Day DIP Financing Motion* [Docket No. 6]

- *Debtor's First Day Motion for Interim and Final Orders (I) Authorizing the Debtor to (A) Continue Using its Cash Management System and (B) Maintain Existing Bank Accounts and Business Forms; (II) Waiving Certain Deposit Guidelines; and (III) Granting Related Relief* [Docket No. 7]

- *Debtor's Emergency First Day Motion for an Order (I) Authorizing (A) the Rejection of an Unexpired Lease; (B) Abandonment of Personal Property, if Any, and (II) Granting Related Relief* [Docket No. 8]

- *Debtor's First Day Motion for an Order Extending Time to File Schedules of Assets and Liabilities and Statements of Financial Affairs* [Docket No. 9]

5.      Furthermore, on July 21, 2026, at my direction and under my supervision, employees of Verita caused the following documents to be served via Overnight Mail upon the service list attached hereto as **Exhibit G**:

- *Declaration of J. Paul Reddam in Support of Debtor's Chapter 11 Petition and First Day Pleadings* [Docket No. 3]

- *Declaration of Leslie Gladstone in Support of Debtor's Chapter 11 Petition and First Day Pleadings* [Docket No. 4]

3

- *Debtor's First Day Motion for Interim and Final Orders (I) Authorizing the Debtor to (A) Continue Using its Cash Management System and (B) Maintain Existing Bank Accounts and Business Forms; (II) Waiving Certain Deposit Guidelines; and (III) Granting Related Relief* [Docket No. 7]

6. Furthermore, on July 21, 2026, at my direction and under my supervision, employees of Verita caused the following document to be served via Overnight Mail upon the service list attached hereto as **Exhibit H**:

- *Debtor's Emergency First Day Motion for an Order (I) Authorizing (A) the Rejection of an Unexpired Lease; (B) Abandonment of Personal Property, if Any, and (II) Granting Related Relief* [Docket No. 8]

7. Furthermore, on July 21, 2026, at my direction and under my supervision, employees of Verita caused the following document to be served via Email upon the service lists attached hereto as **Exhibit A**, **Exhibit B**, **Exhibit C**, **Exhibit D**, **Exhibit E**, and **Exhibit I**; and via Overnight Mail upon the service lists attached hereto as **Exhibit F**, **Exhibit G**, **Exhibit H**, **Exhibit J**, and **Exhibit K**:

- *Omnibus Notice of Hearing on Debtor's First Day Motions* [Docket No. 12]

8. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 22nd day of July, 2026, at El Segundo, CA.

/s/ *Andrew Henchen*

Andrew Henchen

4

# EXHIBIT A

**Exhibit A**
**Core/2002 Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Top 20 Creditor | Batavia Glen Phase 1, LP | Attn Legal Department | leasing@sdassociatesproperties.com |
| Top 20 Creditor | Black Knight Technologies LLC | Attn Legal Department | Invoicing.Support@ice.com |
| Consumer Financial Protection Bureau | Consumer Financial Protection Bureau | Christina Coll, Joseph Lake | Christina.Coll@cfpb.gov; Joseph.Lake@cfbp.gov |
| Top 20 Creditor | Consumer Financial Protection Bureau | Christina Coll, Joseph Lake | Christina.Coll@cfpb.gov; Joseph.Lake@cfbp.gov |
| Top 20 Creditor | De la Torre et al | Michael A. Gould | michael@wageandhourlaw.com |
| Top 20 Creditor | Experian | Attn Legal Department | eSupport@experian.com |
| IRS | Internal Revenue Service | Attn Susanne Larson | SBSE.Insolvency.Balt@irs.gov |
| Counsel for Absolutely Zero Corporation as DIP Lender | Marshack Hays Wood LLP | David Wood, Aaron E. de Leest, Matthew Grimshaw | Dwood@marshackhays.com; adeleest@marshackhays.com; Mgrimshaw@marshackhays.com |
| California Attorney General | Office of the Attorney General | Consumer Protection Section, Attn Bankruptcy Notices | AGelectronicservice@doj.ca.gov |
| California Attorney General | Office of the Attorney General | | AGelectronicservice@doj.ca.gov |
| Top 20 Creditor | RELX Inc. DBA LexisNexis | Attn Legal Department | customer.support@lexisnexis.com |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | SECBankruptcy-OGC-ADO@SEC.GOV |
| Top 20 Creditor | Skadden LLP | Allen Lanstra, Caroline Vanness, James Carroll | allen.lanstra@skadden.com; caroline.vanness@skadden.com; james.carroll@skadden.com |
| Top 20 Creditor | Skadden LLP | Attn Legal Department | info@skadden.com |
| Top 20 Creditor | Trans Union LLC | Attn Legal Department | clientsvcs@tusales.com |
| Office of The United States Trustee | US Trustee for S District of CA | H Hong, E Rofael, M Kainen | Haeji.Hong@usdoj.gov; Elvina.Rofael@usdoj.gov; Michelle.M.Kainen@usdoj.gov |

In re CashCall, Inc.
Case No. 26-03102 (JBM)

# EXHIBIT B

**Exhibit B**
**Bank Service List**
**Served via Electronic Mail**

| CreditorName | CreditorNoticeName | Email |
|---|---|---|
| Barnes & Thornburg LLP | Eric Beste, Sara Triplett | eric.beste@btlaw.com; sara.triplett@btlaw.com |
| Merchants Bank of Indiana | Terry Oznick | toznick@bankmerchants.com |

In re CashCall, Inc.
Case No. 26-03102 (JBM)                    Page 1 of 1

# EXHIBIT C

**Exhibit C**
**Litigation Parties Service List**
**Served via Electronic Mail**

| CreditorName | CreditorNoticeName | Email |
|---|---|---|
| Consumer Financial Protection Bureau | Christina Coll, Joseph Lake | Christina.Coll@cfpb.gov; Joseph.Lake@cfbp.gov |
| DAMON CONNOLLY LAW OFFICES | Damon Connolly | damon@damonconnollylaw.com |
| GIBBS LAW GROUP LLP | Steven M. Tindall | smt@classlawgroup.com |
| LAW OFFICE OF ARTHUR D. LEVY | Arthur D. Levy | arthur@yesquire.com |
| RUKIN HYLAND & RIGGIN LLP | Jessica Riggin | jriggin@rukinhyland.com |
| THE GOULD LAW FIRM | Michael A. Gould | michael@wageandhourlaw.com |
| THE STURDEVANT LAW FIRM | James C. Sturdevant | jsturdevant@sturdevantlaw.com |

In re CashCall, Inc.
Case No. 26-03102 (JBM)                    Page 1 of 1

# EXHIBIT D

**Exhibit D**
**Landlord Service List**
**Served via Electronic Mail**

| CreditorName | CreditorNoticeName | Email |
|---|---|---|
| Harmony Public Schools | Attn CEO or Legal Department | fay@harmonytx.org; aelhiyat@harmonytx.org |

# EXHIBIT E

**Exhibit E**
**Counsel for Landlord Service List**
**Served via Electronic Mail**

| CreditorName | CreditorNoticeName | Email |
|---|---|---|
| Schulman, Loez, Hoffer & Adelstein | Arlene Smith | asmith@slh-law.com |

# EXHIBIT F

**Exhibit F**
**Core/2002 Service List**
**Served via Overnight Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Office of the Attorney General of the United States | Attorney General of the United States | US DOJ | 950 Pennsylvania Avenue, NW | | | Washington | DC | 20530-0001 |
| Top 20 Creditor | Batavia Glen Phase 1, LP | Attn Legal Department | 1020 N. Batavia St | Suite B | | Orange | CA | 92867 |
| Top 20 Creditor | Black Knight Technologies LLC | Attn Legal Department | PO Box 742971 | | | Los Angeles | CA | 90074-2971 |
| California Secretary of State | CA Secretary of State | | 1500 11th Street | | | Sacramento | CA | 95814 |
| Consumer Financial Protection Bureau | Consumer Financial Protection Bureau | Christina Coll, Joseph Lake | 1700 G St NW | | | Washington | DC | 20552 |
| Top 20 Creditor | De la Torre et al | Michael A. Gould | The Gould Law Firm | 161 Fashion Lane | Suite 207 | Tustin | CA | 92780-3364 |
| Top 20 Creditor | Experian | Attn Legal Department | Po Box 841971 | | | Los Angeles | CA | 90084-1971 |
| Top 20 Creditor | Experian | Attn Legal Department | 475 Anton Blvd | | | Costa Mesa | CA | 92626 |
| IRS | Internal Revenue Service | Attn Susanne Larson | 31 Hopkins Plz Rm 1150 | | | Baltimore | MD | 21201 |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | 2970 Market St | | | Philadelphia | PA | 19104 |
| Counsel for Absolutely Zero Corporation as DIP Lender | Marshack Hays Wood LLP | David Wood, Aaron E. de Leest, Matthew Grimshaw | 870 Roosevelt | | | Irvine | CA | 92620 |
| California Attorney General | Office of the Attorney General | Consumer Protection Section, Attn Bankruptcy Notices | 455 Golden Gate Avenue, Suite 11000 | | | San Francisco | CA | 94102-7004 |
| California Attorney General | Office of the Attorney General | | 600 West Broadway, Suite 1800 | | | San Diego | CA | 92101-3702 |
| Top 20 Creditor | RELX Inc. DBA LexisNexis | Attn Legal Department | PO Box 933 | | | Dayton | OH | 45401 |
| Top 20 Creditor | RELX Inc. DBA LexisNexis | Attn Legal Department | 9443 Springboro Pike | | | Miamisburg | OH | 45342 |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | | Washington | DC | 20549 |
| Top 20 Creditor | Skadden LLP | Allen Lanstra, Caroline Vanness, James Carroll | 2000 Avenue of the Stars | | | Los Angeles | CA | 90067 |
| Top 20 Creditor | Skadden LLP | Attn Legal Department | PO BOX 1764 | | | White Plains | NY | 10602 |
| Top 20 Creditor | Trans Union LLC | Attn Legal Department | PO BOX 99506 | | | Chicago | IL | 60693-9506 |
| Top 20 Creditor | Trans Union LLC | Attn Legal Department | 555 W Adams St | | | Chicago | IL | 60661 |
| US Attorney General | US Attorney General | US DOJ | PO Box 683 | Ben Franklin Station | | Washington | DC | 20044 |
| US Attorneys Office for the Southern District of California | US Attorneys Office S District of CA | | 880 Front Street, Suite 6293 | | | San Diego | CA | 92101 |
| Office of The United States Trustee | US Trustee for S District of CA | H Hong, E Rofael, M Kainen | 880 Front Street, Suite 3230 | Edward J Schwartz Office Building | | San Diego | CA | 92101 |

In re CashCall, Inc.
Case No. 26-03102 (JBM)

# EXHIBIT G

**Exhibit G**
**Bank Service List**
**Served via Overnight Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Merchants Bank of Indiana | Barnes & Thornburg LLP | Eric Beste, Sara Triplett | 655 W Broadway, Suite 1300 | San Diego | CA | 92101 |
| Merchants Bank of Indiana | Terry Oznick | 3737 E 96th Street | | Indianapolis | IN | 46240 |

In re CashCall, Inc.
Case No. 26-03102 (JBM)

# EXHIBIT H

**Exhibit H**
**Landlord Service List**
**Served via Overnight Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Harmony Public Schools | Attn CEO or Legal Department | 1255 Enclave Pkwy | | Houston | TX | 77077 |
| Harmony Public Schools | Schulman, Loez, Hoffer & Adelstein | Arlene Smith | 845 Proton Rd | San Antonio | TX | 78258 |

# EXHIBIT I

**Exhibit I**
**Other Matrix Parties**
**Served via Electronic Mail**

| CreditorName | CreditorNoticeName | Email |
|---|---|---|
| Idaho Attorney General | Attn Bankruptcy Department | bankruptcy@ag.idaho.gov |
| Illinois Attorney General | Attn Bankruptcy Department | bankruptcy_notices@ilag.gov |
| Indiana Attorney General | Attn Bankruptcy Department | info@atg.in.gov |
| Missouri Attorney General | Attn Bankruptcy Department | attorney.general@ago.mo.gov |
| North Carolina Attorney General | Attn Bankruptcy Department | ncago@ncdoj.gov |
| Ohio Attorney General | Attn Bankruptcy Department | Kristin.Radwanick@OhioAGO.gov |
| Oregon Attorney General | Attn Bankruptcy Department | ORDOJBankruptcyNotices@doj.oregon.gov |
| South Carolina Attorney General | Attn Bankruptcy Department | bankruptcy@scag.gov |
| Texas Attorney General | Attn Bankruptcy Department | bankruptcytax@oag.texas.gov; communications@oag.texas.gov |
| Utah Attorney General | Attn Bankruptcy Department | bankruptcy@agutah.gov |

In re CashCall, Inc.
Case No. 26-03102 (JBM)                           Page 1 of 1

# EXHIBIT J

**Exhibit J**
**Litigation Parties Service List**
**Served via Overnight Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Consumer Financial Protection Bureau | Christina Coll, Joseph Lake | 1700 G St NW | | Washington | DC | 20552 |
| DAMON CONNOLLY LAW OFFICES | Damon Connolly | 1888 Las Gallinas Ave. | | San Rafael | CA | 94903 |
| De la Torre et al | THE GOULD LAW FIRM | Michael A. Gould | 161 Fashion Lane, Suite 207 | Tustin | CA | 92780-3364 |
| GIBBS LAW GROUP LLP | Steven M. Tindall | 1111 Broadway, Suite 2100 | | Oakland | CA | 94607 |
| LAW OFFICE OF ARTHUR D. LEVY | Arthur D. Levy | 610 - 16th Street, Suite 420 | | Oakland | CA | 94612 |
| RUKIN HYLAND & RIGGIN LLP | Jessica Riggin | 1939 Harrison Street, Suite 925 | | Oakland | CA | 94612 |
| THE STURDEVANT LAW FIRM | James C. Sturdevant | P. O. Box 151560 | | San Rafael | CA | 94915 |

In re CashCall, Inc.
Case No. 26-03102 (JBM)

Page 1 of 1

# EXHIBIT K

**Exhibit K**
**Other Matrix Parties**
**Served via Overnight Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Hartford Accident Company | Attn Legal Department | One Hartford Plaza | | | Hartford | CT | 06155 |
| Idaho Attorney General | Attn Bankruptcy Department | 700 W. Jefferson Street Suite 210 | PO Box 83720 | | Boise | ID | 83720-0010 |
| Illinois Attorney General | Attn Bankruptcy Department | James R. Thompson Ctr | 100 W. Randolph St. | | Chicago | IL | 60601 |
| Indiana Attorney General | Attn Bankruptcy Department | Indiana Govt Center South | 302 West Washington St 5th Fl | | Indianapolis | IN | 46204 |
| Mississippi Attorney General | Attn Bankruptcy Department | Walter Sillers Building | 550 High St Ste 1200 | | Jackson | MS | 39201 |
| Missouri Attorney General | Attn Bankruptcy Department | Supreme Court Bldg | 207 W. High St. | P.O. Box 899 | Jefferson City | MO | 65101 |
| New Mexico Attorney General | Attn Bankruptcy Department | 408 Galisteo St | Villagra Building | | Santa Fe | NM | 87501 |
| North Carolina Attorney General | Attn Bankruptcy Department | 9001 Mail Service Center | | | Raleigh | NC | 27699-9001 |
| Ohio Attorney General | Attn Bankruptcy Department | 50 E. Broad Street 17th Fl | | | Columbus | OH | 43215 |
| Oregon Attorney General | Attn Bankruptcy Department | 1162 Court St. NE | | | Salem | OR | 97301-4096 |
| South Carolina Attorney General | Attn Bankruptcy Department | P.O. Box 11549 | | | Columbia | SC | 29211 |
| Texas Attorney General | Attn Bankruptcy Department | 300 W. 15th St | | | Austin | TX | 78701 |
| Utah Attorney General | Attn Bankruptcy Department | Utah State Capitol Complex | 350 North State Street, Suite 230 | | Salt Lake City | UT | 84114-2320 |

In re CashCall, Inc.
Case No. 26-03102 (JBM)

CSD 3010 [12/01/23]

Name, Address, Telephone No. & I.D. No.

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

Debtor(s)

BANKRUPTCY NO.

Plaintiff(s)

ADVERSARY NO.

v.

Defendant(s)

# PROOF OF SERVICE

I, _____ am a resident of the State of California, over the age of 18 years, and not a party to this action.

On _____ , I served the following documents:

1.    **To Be Served by the Court via Notice of Electronic Filing ("NEF")**:

Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On _____ , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

☐        Chapter 7 Trustee:

☐        For Chapter 7, 11, & 12 cases:        ☐    For Chapter 13 cases:

UNITED STATES TRUSTEE            MICHAEL KOCH, TRUSTEE
ustp.region15@usdoj.gov            mkoch@ch13.sdcoxmail.com

CSD 3010 [12/01/23]

2.      **Served by United States Mail**:

On _____ , I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

3.      **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail**:

Under Fed.R.Civ.P.5 and controlling LBR, on _____ , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery and/or electronic mail as follows:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on _____          _____
                    (Date)                              (Typed Name and Signature)

                                                _____
                                                (Address)

                                                _____
                                                (City, State, ZIP Code)