# Exhibit B

the last Business Day of each month ("PIK Interest")  with no interest payment obligations until maturity or termination of the DIP Facility . All computations of interest payable hereunder shall be calculated on the basis of a year of 365 days (or 366 days in a leap year), and in each case shall be payable for the actual number of days elapsed (including the first day but excluding the last day). Notwithstanding the foregoing, to the extent any portion of the outstanding principal balance of the DIP Loans is repaid to the DIP Lender from the proceeds of the recovery obtained in connection with the Fraudulent Transfer Action, no interest shall accrue or be payable with respect to such repaid portion of the principal balance.

**Default Interest Rate:** Effective immediately upon the occurrence of the Termination Date, interest on all outstanding Obligations shall accrue at a rate that is 2% per annum in excess of the Non-Default Interest Rate (the "**Default Interest Rate**").

**Loan Payments:** All unpaid principal, interest, fees, costs and expenses on the DIP Facility shall be immediately due and payable in full by the Debtor on the Termination Date, whether at maturity, upon acceleration or otherwise.

**Use of Proceeds:** Proceeds of the DIP Facility shall be used solely for the following purposes, in each case consistent with the Budget: (a) to fund, after application of all other available cash, post-petition operating expenses and working capital needs of the Debtor, including, but not limited to, payment of directors and officers of the Debtor, and payment for any activities required to remain in, or return to, compliance with laws in accordance with 28 U.S.C. § 1930; (b) to pay fees and expenses to the DIP Lender in accordance with this term sheet; (c) to fund the Carve Out Account; (d) to pay fees and expenses of professionals engaged by or for the benefit of the Debtor or the DIP Lender (collectively, "**Professional Fees**"; it being acknowledged and agreed by the DIP Lender that all such Professional Fees are being paid from its collateral, and thus, such payments shall still be made notwithstanding the conversion or dismissal of the bankruptcy case); and (e) to pay certain other costs and expenses of administration of the Chapter 11 Case in the ordinary course of business (or outside the ordinary course of business, provided that the DIP Lender consents thereto in writing (with such consent not to be unreasonably withheld or delayed)).

Proceeds of the DIP Facility or cash collateral, including without limitation the proceeds of the Carve Out, shall not be

-3-

or other day on which commercial banks in San Diego, California are authorized or required by law to close.

"**Bankruptcy Court**" means the United States Bankruptcy Court for the Southern District of California presiding over the Chapter 11 Case.

"**Carve Out**" means:

(a) unpaid, postpetition fees and expenses of the Clerk of the Court and the U.S. Trustee pursuant to 28 U.S.C. § 1930(a) in such amount, with respect to the U.S. Trustee as agreed to by the U.S. Trustee or as determined by the Court;

(b) the unpaid postpetition fees and expenses of the professionals and/or officers retained by the Debtor and by any Committee (up to a maximum of $25,000 in the case of any professionals retained by the Committee), whose retentions are approved pursuant to final orders of the Court under sections 327, 328, 363 or 1103(a) of the Bankruptcy Code (the "**Professionals**"), but only to the extent that such fees and expenses are (i) incurred prior to the giving of a notice of the occurrence of the Termination Date by the DIP Lender to the Debtor and any Committee, (ii) subsequently allowed by the Bankruptcy Court under sections 330, 331, or 363 of the Bankruptcy Code, and (iii) not otherwise paid from retainers;

(c) Fees of the Independent Director;

(d) Fees of the Chief Restructuring Officer;

(e) All other administrative expenses incurred by the Debtor, prior to the Lender's transmission of notice of the Termination Date, in connection with Debtor's operations;

(f) Fees incurred by the Professionals and/or officers (i) of the Debtor, up to $250,000 and (ii) an official committee appointed by the Court, up to $~~10,000~~25,000, after the Lender's transmission of notice of the Termination Date, to the extent such fees and expenses are (i) subsequently allowed by the Bankruptcy Court under sections 330, 331, or 363 of the Bankruptcy Code, and (ii) not otherwise paid from any retainers; provided that such notice of Termination Date is not rescinded or withdrawn; and

(g) all reasonable fees and expenses incurred by a trustee under Section 726(b) of the Bankruptcy Code in an aggregate amount not exceeding $50,000.

-13-