**MANATT, PHELPS & PHILLIPS, LLP**
Schuyler G. Carroll (*pro hac vice* pending)
7 Times Square
New York, NY 10036
Tel: (212) 790-4500
Email: scarroll@manatt.com

**MANATT, PHELPS & PHILLIPS, LLP**
Patrick L. DuBois (SBN 350331)
12730 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel: (619) 205-8512
Email: pdubois@manatt.com

*Proposed Counsel to the Debtor and*
*Debtor-in-Possession*

## UNITED STATES BANKRUPTCY COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 26-03102-JBM11 |
| CashCall, Inc., | Chapter 11 |
| Debtor. | **NOTICE OF AGENDA FOR HEARING ON DEBTOR'S *FIRST DAY* MOTIONS** |
| | Date: July 24, 2026<br>Time: 9:30 a.m.<br>Place: Courtroom 118 |

The hearing will be conducted in person on **July 24, 2026, at 9:30 a.m.** at the United States Bankruptcy Court for the Southern District of California, before the Honorable Judge Marum, 325 West F Street, Courtroom 118 (Department 2), San Diego, California 92101 (the "**First Day Hearings**"), at which the Court will hear and consider approval of the First Day Motions listed below.  Interested parties that would like to appear telephonically must contact the courtroom deputy.

**MATTERS GOING FORWARD:**

1. ***DIP Financing Motion***.  Debtor's *First Day* Motion for Interim and Final Orders (I) Authorizing Debtor to (A) Obtain Postpetition Financing and (B) Use Cash Collateral, (II) Granting Adequate Protection, and (III) Scheduling Final Hearing [ECF No. 5]

NOTICE OF AGENDA FOR HEARING ON DEBTOR'S *FIRST DAY* MOTIONS

Related Documents:
Declaration of Leslie Gladstone in Support of the Debtor's Chapter 11 Petition and *First Day* Pleadings [ECF No. 4];

Declaration of J. Paul Reddam in Support of the Debtor's Chapter 11 Petition and *First Day* Pleadings [ECF 3];

Declaration of Matthew Dundon in Support of the Debtor's *First Day* DIP Financing Motion [ECF No. 6];

Omnibus Notice of Hearing on Debtor's *First Day* Motions [ECF No. 12];

Certificate of Service by Verita Re First Day Motions [ECF No. 16]

Objection Deadline: Objections may be filed in advance of the hearing or raised at the hearing.

Objections Received: United States Trustee's Omnibus Opposition to Debtor's First Day Motions [ECF No. 15][1]

Reply: Debtor's Reply in Support of *First Day* Motions [ECF No. 18]

Status: This matter is going forward.

2. ***Cash Management Motion***.  Debtor's *First Day* Motion for Interim and Final Orders (I) Authorizing the Debtor to (A) Continue Using Its Cash Management System and (B) Maintain Existing Bank Accounts and Business Forms; (II) Waiving Certain Deposit Guidelines; and (III) Granting Related Relief [ECF No. 7];

Related Documents:
Declaration of Leslie Gladstone in Support of the Debtor's Chapter 11 Petition and *First Day* Pleadings [ECF No. 4];

Declaration of J. Paul Reddam in Support of the Debtor's Chapter 11 Petition and *First Day* Pleadings [ECF No. 3];

Omnibus Notice of Hearing on Debtor's *First Day* Motions [ECF No. 12];

Certificate of Service by Verita Re First Day Motions [ECF No. 16]

Objection Deadline: Objections may be filed in advance of the hearing or raised at the hearing.

---

[1] The United States Trustee's Omnibus Opposition to Debtor's First Day Motions "has no position" regarding the Extension Motion and "takes no position" on the Lease Motion, and therefore is not listed with respect to those motions.

- 1 -

NOTICE OF AGENDA FOR HEARING ON DEBTOR'S *FIRST DAY* MOTIONS

Objections Received: United States Trustee's Omnibus Opposition to Debtor's First Day Motions [ECF No. 15]

Reply: Debtor's Reply in Support of *First Day* Motions [ECF No. 18]

Status: This matter is going forward.

3. ***Extension Motion***.   Debtors' *First Day* Motion for an Order Extending Time to File Schedules of Assets and Liabilities and Statements of Financial Affairs [ECF No. 9]

Related Documents: Declaration of Leslie Gladstone in Support of the Debtor's Chapter 11 Petition and *First Day* Pleadings [ECF No. 4];

Declaration of J. Paul Reddam in Support of the Debtor's Chapter 11 Petition and *First Day* Pleadings [ECF No. 3];

Omnibus Notice of Hearing on Debtor's *First Day* Motions [ECF No. 12];

Certificate of Service by Verita Re First Day Motions [ECF No. 16]

Objection Deadline: Objections may be filed in advance of the hearing or raised at the hearing.

Objections Received: None

Reply: N/A

Status: This matter is going forward.

4. ***Lease Motion***.   Debtor's Emergency *First Day* Motion for an Order (I) Authorizing (A) Rejection of an Unexpired Lease; (B) Abandonment of Personal Property, if any, and (II) Granting Related Relief. [ECF No.8]

Related Documents:

Declaration of Leslie Gladstone in Support of the Debtor's Chapter 11 Petition and *First Day* Pleadings [ECF No. 4];

Declaration of J. Paul Reddam in Support of the Debtor's Chapter 11 Petition and *First Day* Pleadings [ECF No. 3];

Omnibus Notice of Hearing on Debtor's *First Day* Motions [ECF No. 12];

Certificate of Service by Verita Re First Day Motions [ECF No. 16]

Objection Deadline: Objections may be filed in advance of the hearing or raised at the

NOTICE OF AGENDA FOR HEARING ON DEBTOR'S *FIRST DAY* MOTIONS

hearing.

Objections Received: None

Reply: N/A

Status: This matter is going forward.

Dated:  July 23, 2026

**MANATT, PHELPS & PHILLIPS, LLP**

By:  */s/ Patrick L. DuBois*
Patrick L. DuBois (SBN 350331)
12730 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel: (619) 205-8512
Email: pdubois@manatt.com

Schuyler Carroll (*pro hac vice* pending)
7 Times Square
New York, NY 10036
Tel: (212) 790-4500
scarroll@manatt.com

*Proposed Counsel to the Debtor and
Debtor-in-Possession*

- 3 -

NOTICE OF AGENDA FOR HEARING ON DEBTOR'S *FIRST DAY* MOTIONS